DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5080
   FAX: (408) 535-5066
   jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00247-LHK |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | |
| RAYMOND GARCIA, | |
| Defendant. | |

The parties, the United States of America, by and through Assistant United States Attorney Jeffrey A. Backhus, and defendant Raymond Garcia, through his attorney Assistant Federal Public Defender Severa Keith, request that the Court strike the current status conference that is scheduled for January 20, 2021, at 9:15 a.m., and set a further status conference for February 24, 2021, at 9:15 a.m., or to another date convenient for the court.

Raymond Garcia has been charged with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

A status conference before this Honorable Court is scheduled for January 20, 2021, at 9:15 a.m.

This continuance is necessary because the parties are still researching the case and the government continues to provide discovery to the defense.

STIP TO CONTINUE

1    Accordingly, the parties request that the Court strike the current status conference that is

2    scheduled for January 20, 2021, at 9:15 a.m., and set a further status conference for February 24, 2021,

3    at 9:15 a.m., or to another date convenient for the court.  Furthermore, the parties respectfully request

4    and agree to an exclusion of time from January 20, 2021, at 9:15 a.m., to February 24, 2021, at 9:15

5    a.m., or to another date convenient for the court, pursuant to Title 18, United States Code, Section 3161

6    (h)(7)(A).

7                                                          Respectfully submitted,

8    DATED: January 19, 2021                              DAVID L. ANDERSON
                                                          United States Attorney
9

10                                                                _/s/ Jeffrey A. Backhus_
                                                          JEFFREY A. BACKHUS
11                                                        Assistant United States Attorney

12   DATED: January 19, 2021                              Respectfully submitted,

13

14                                                               _/s/ Severa Keith_
                                                          SEVERA KEITH
15                                                        Assistant Federal Public Defender
                                                          Counsel for Defendant
16

17

18

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE

1

**[PROPOSED]** **ORDER**

2          Good cause having been shown, the Court strikes the current status conference that is scheduled

3    for January 20, 2021, at 9:15 a.m., and sets a further status conference for February 24, 2021, at 9:15

4    a.m., and time is excluded from January 20, 2021 to February 24, 2021, pursuant to Title 18, United

5    States Code, Section 3161 (h)(7)(A).

6          IT IS SO ORDERED.

7

8    DATED: January 19, 2021

9                                                      THE HONORABLE LUCH H. KOH
                                                       United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE