GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street
Suite 820
San Jose, California 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:         Severa_Keith@fd.org

Counsel for Defendant GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND GARCIA,<br><br>Defendant. | **Case No.:** CR 20-00247 LHK<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Raymond Garcia, that the Status Conference, currently set on November 10, 2021 should be vacated, and that this case should be continued for a Status on January 5, 2022, and that time be excluded under the Speedy Trial Act from November 10, 2021 through and including January 5, 2022.

The reason for this request is that the parties have learned that Defendant Garcia continues to be in the custody of Santa Clara County, facing new criminal charges.  The parties are continuing to investigate the circumstances of this arrest as its outcome is likely to have an impact on this case.  As

such, the parties request that the court vacate the currently set Status Conference, and further request that the court reset a Status on January 5, 2022.  The parties agree that time should be excluded under the Speedy Trial Act, until January 5, 2022, for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv), so that the parties can investigate the pending state court charges, and so that defense counsel can consult with Defendant Garcia.

The parties further stipulate and agree that the ends of justice served by excluding the time from November 10, 2021 through and including January 5, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant Federal Public Defender certifies that she has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

GEOFFREY HANSEN
Acting Federal Public Defender

Dated: November 9, 2021                    /s_____
                                            Severa Keith
                                            Assistant Federal Public Defender

STEPHANIE HINDS
Acting United States Attorney

Dated: November 9, 2021                    /s_____
                                            Jeffrey Backhus
                                            Assistant United States Attorney

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the Status Conference, currently scheduled November 10, 2021, shall be vacated, and this matter shall be continued to January 5, 2022.

THE COURT FINDS that failing to exclude the time from November 10, 2021 through and including January 5, 2022, would unreasonably deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §3161(h)(7)(B)(iv), and that that the ends of justice served by excluding the time during this period, from computation under the Speedy Trial Act, outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: _____, 2021

_____
THE HONORABLE LUCY H. KOH
United States District Judge