```
1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   55 South Market Street
4  Suite 820
   San Jose, California 95113
5  Telephone:   (408) 291-7753
   Facsimile:   (408) 291-7399
6  Email:       Severa_Keith@fd.org
7
8  Counsel for Defendant GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20-00247 LHK |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO VACATE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| RAYMOND GARCIA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Raymond Garcia, that the Status Conference, currently set on January 5, 2022 should be vacated, and that this case should be continued for a Status Hearing on January 26, 2022, and that time be excluded under the Speedy Trial Act from January 5, 2022 through and including January 29, 2022.

The reason for this request is that the parties have learned that Defendant Garcia continues to be in the custody of Santa Clara County, facing new criminal charges in that County. The parties are continuing to investigate the circumstances of this arrest as its outcome is likely to have an impact on this case. As such, the parties request that the court vacate the currently set Status Conference, and

further request that the court set a Status Hearing on January 26, 2022. The parties agree that time should be excluded under the Speedy Trial Act, until January 26, 2022, for the effective preparation of counsel, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), so that the parties can investigate the pending state court charges, and so that defense counsel can consult with Defendant Garcia.

The parties further stipulate and agree that the ends of justice served by excluding the time from January 5, 2022 through and including January 26, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant Federal Public Defender certifies that she has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

GEOFFREY HANSEN
Acting Federal Public Defender

Dated: December 30, 2021         /s_____
                                  Severa Keith
                                  Assistant Federal Public Defender

STEPHANIE HINDS
Acting United States Attorney

Dated: December 30, 2021         /s_____
                                  Jeffrey Backhus
                                  Assistant United States Attorney

STIPULATION
*GARCIA*, CR 20-00247–LHK

2

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the Status Conference currently for January 5, 2022 shall be vacated and this matter shall be continued to January 26, 2022, for a Status Conference.

THE COURT FINDS that failing to exclude the time from January 5, 2022 through and including January 26, 2022, would unreasonably deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §3161(h)(7)(B)(iv), and that that the ends of justice served by excluding the time during this period, from computation under the Speedy Trial Act, outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: _____, 2022

_____
THE HONORABLE LUCY H. KOH
United States District Judge